# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-1902

_____

Michael J. Kriz,       *
              *
    Appellant,    *
              * Appeal from the United States
  v.           * District Court for the
              * District of Nebraska.
12th Judicial District Board of  *
Mental Health of Box Butte County; *
Dr. Sanat K. Roy, in his individual * [UNPUBLISHED]
and official capacity,    *
              *
    Appellees.    *

_____

Submitted: February 22, 2010
Filed: February 25, 2010

_____

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

_____

PER CURIAM.

Michael Kriz appeals from the order of the District Court[1] granting summary judgment to the defendants in Kriz's civil rights action. After careful de novo review, see Mayer v. Nextel W. Corp., 318 F.3d 803, 806 (8th Cir.) (standard of review), cert. denied, 540 U.S. 823 (2003), we reject Kriz's arguments for reversal because the

_____

[1]The Honorable Joseph F. Bataillon, Chief Judge, United States District Court for the District of Nebraska.

summary judgment record reveals no trialworthy issue as to the alleged violation of his constitutional rights. Accordingly, we affirm.

_____